**FILED**
AUG 25 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHADRICK PETER WILLIAMS,<br>Petitioner,<br>vs.<br>S. W. ORNOSKI, Warden,<br>Respondent. | No. C 08-3604 JSW (PR)<br>**ORDER OF DISMISSAL** |

    This is a petition for a writ of habeas corpus brought *pro se* by Petitioner pursuant to 28 U.S.C. § 2254 challenging the constitutional validity of his state conviction. Although the petition was filed in the United States Court of Appeal for the Ninth Circuit, the petition was forwarded to this Court. Petitioner's earlier habeas petition was filed under Case No. C:06-cv-1142 JSW (PR) and was denied on the merits by this Court on June 10, 2008. Petitioner now files another habeas petition raising what appears to be the same claim as those raised in his earlier petition.

    The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") was signed into law on April 24, 1996. Under AEDPA, a district court must dismiss claims presented in a second or successive habeas petition challenging the same conviction and sentence that were raised in a previous petition. See 28 U.S.C. § 2244(b)(1); *Babbitt v. Woodford*, 177 F.3d 744, 745-46 (9th Cir. 1999). Before a second or successive petition may be filed in the district court, the petitioner must first obtain an order from the court of appeals authorizing the district court to consider the petition. See 28 U.S.C. §

2244(b)(3)(A).

Here, the instant petition challenges the same conviction as the previous petition decided by this Court. Petitioner has not presented an order from the court of appeals authorizing the Court to consider the petition. Accordingly, the petition for writ of habeas corpus is DISMISSED as a second and successive petition. Petitioner is free to seek such an order from the United States Court of Appeals for the Ninth Circuit. *See,* 28 U.S.C. § 2244(b)(3)(A).

The Clerk shall close the file and enter judgment in this matter.

IT IS SO ORDERED.

DATED: AUG 25 2008

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SHADRICK P. WILLIAMS,

    Plaintiff,

v.

S.W. ORNOSKI et al,

    Defendant.

Case Number: CV08-03604 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Shadrick Peter Williams
V22519
5150 O'Byrnes Ferry Road
Jamestown, CA 95327

Dated: August 25, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk