IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHADRICK PETER WILLIAMS, | No. C 08-3604 JSW (PR) |
| Petitioner, | **JUDGMENT** |
| vs. | |
| S. W. ORNOSKI, Warden, | |
| Respondent. | |

An order of judgment is hereby entered DISMISSING this action without prejudice.

IT IS SO ORDERED.

DATED: AUG 2 5 2008

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SHADRICK P. WILLIAMS,

        Plaintiff,

v.

S.W. ORNOSKI et al,

        Defendant.
   _____/

Case Number: CV08-03604 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Shadrick Peter Williams
V22519
5150 O'Byrnes Ferry Road
Jamestown, CA 95327

Dated: August 25, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk